UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**MORVEEN BURNETT,**

    Plaintiff,

v.

    Civil No. 02-73592
    HON. JOHN CORBETT O'MEARA

**QUEST DIAGNOSTICS, INC.**

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE KOMIVES' REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation in this case, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED.**

**IT IS FURTHER ORDERED** that plaintiff's motion for attorney fees is **GRANTED IN PART AND DENIED IN PART.** Plaintiff is awarded attorney fees in the amount of $68,143.50 and costs in the amount of $3,902.24.

**IT IS FURTHER ORDERED** that plaintiff's motion to the extent it seeks entry of judgment is **DENIED AS MOOT.**

    s/John Corbett O'Meara
    John Corbett O'Meara
    United States District Judge

Dated: July 5, 2005

Copies: Richard Tomlinson, Raymond Carey