UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORVEN BURNETT,

                Plaintiff,                Civil No. 02-73592

-v-                               Honorable John Corbett O'Meara

QUEST DIAGNOSTICS, INC.,

                Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE KOMIVES' REPORT AND RECOMMENDATION

      The Court having reviewed the Magistrate Judge's Report and Recommendation in this case, and being fully advised, now therefore;

      **IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED.**

      **IT IS FURTHER ORDERED** that Plaintiff's Supplemental Motion for Attorneys' fees and costs is **GRANTED IN PART AND DENIED IN PART.**  Plaintiff is awarded attorney fees in the amount of $10,812.50 and costs in the amount of $165.85.


                                  s/John Corbett O'Meara

Dated: August 11, 2006                U.S. District Judge

<u>Certificate of Service</u>

I hereby certify that the above order was served upon counsel of record electronically on August 13, 2006.

<u>s/William Barkholz</u>
Case Manager